**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JOSEPH BARTNICK,

       Plaintiff,

- v -              Civ. No. 1:11-CV-1120
                 (GLS/RFT)

CSX TRANSPORTATION, INC.

       Defendant.

**RANDOLPH F. TREECE**
**United States Magistrate Judge**

## SCHEDULING ORDER

On December 6, 2012, this Court issued a Decision and Order, wherein the parties were directed to "meet and confer consistent with the [Court's] directives." Dkt. No. 46 at p. 10.

Consistent with that direction, the parties filed a joint Status Report advising the Court that they have entered into an agreement as to nature of Dr. Dixon's supplemental expert report and a timetable in order to complete expert disclosure. Dkt. No. 47.

Accordingly, the Scheduling Order shall be amended as follows:

1. Fact discovery shall be completed by **January 30, 2013**;

2. Bartnick's Rule 35 examination shall occur on or about **January 16, 2013**;

3. Bartnick's expert report regarding permanency shall be served no later than **January 30, 2013**;

4. CSX's expert report shall be served on or before **March 15, 2013**;

5. Rebuttal expert reports, if any, shall be exchanged on or before **March 29, 2013;**

6. After the exchanged of all expert reports, the parties may depose the experts, however, expert depositions must be completed by **April 30, 2013**;

7. The final day to file dispositive motions is **May 31, 2013**;

8. All other provisions of the Scheduling Order shall remain in effect;

and

9. No further extensions will be considered.

**IT IS SO ORDERED**.

December 10, 2012
Albany, New York

_____
Randolph F. Treece
U.S. Magistrate Judge